UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AMANIE RILEY, *on behalf of herself and all* :
*others similarly situated*, :
:
:
                        Plaintiff, :      24-CV-8596 (VSB)
:
            -against- :          **ORDER**
:
MONICA VINADER, INC., :
:
                      Defendant. :
                                  X
-----------------------------------------------------------

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on November 13, 2024, (Doc. 1), and filed an executed waiver of service on December 26, 2024, (Doc. 8). The deadline for Defendant to respond to Plaintiff's complaint was February 18, 2025. To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 18, 2025. If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 4, 2025
             New York, New York

                                                                         _____
                                                                         VERNON S. BRODERICK
                                                                         United States District Judge