

**EQUAL ACCESS**
—— LAW GROUP PLLC ——

68-29 Main Street,
Flushing, New York 11367
Tel.: +1 (718) 914-9694
Email: acohen@ealg.law

**VIA ECF**
Hon. Judge Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Granted.  The conference (and required
submission) will be rescheduled.

SO ORDERED:

4/14/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

April 14, 2025

Re:   Case no. 1:24-cv-8596, Riley v. Monica Vinader, Inc.
      Letter requesting to Adjourn Initial Conference

Dear Judge Lehrburger:

The undersigned represents Plaintiff Amanie Riley in the above-referenced matter.

I respectfully write to request an adjournment of the Initial Pretrial Conference currently scheduled for April 22, 2025, at 10:30 AM, as well as an extension of the deadline to submit the Civil Case Management Plan and Scheduling Order. This request is made because I have been traveling internationally in observance of religious holidays and will be unavailable during that time.

This is Plaintiff's first request for an adjournment. While I have not yet had the opportunity to confer with Defense counsel regarding the Case Management Plan and Scheduling Order, I have conferred with them regarding this request, and they do not oppose the adjournment or the extension of time.

Accordingly, I respectfully request an additional 30-days to submit the Civil Case Management Plan and Scheduling Order, making the new proposed deadline May 14, 2025. As to the Initial Pretrial Conference, I kindly request that it be rescheduled to any date convenient for the Court after 30-days from today.

Thank you for Your Honor's time and consideration of this request.

Respectfully Submitted,

Asher H. Cohen, Esq.
*Attorney for Plaintiff*