UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                     :

AMANIE RILEY, *on behalf of herself and all*  :
*others similarly situated*,                       :

                                      Plaintiff,     :          24-CV-8596 (VSB) (RWL)

                -against-              :            **<u>ORDER</u>**

MONICA VINADER, INC.,                    :

                               Defendant.   X
-----------------------------------------------------------
<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  May 22, 2025
           New York, New York

                                                                            Vernon S. Broderick
                                                                            United States District Judge